## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>PHILIPS LIGHTING NORTH AMERICA<br>CORPORATION,<br><br>        Plaintiffs,<br><br>     v.<br><br>TROY-CSL LIGHTING, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 1:15-cv-11053-WGY |

## DECLARATION OF DENISE W. DEFRANCO IN SUPPORT OF
## PHILIPS' OPPOSITION TO TROY-CSL'S MOTION TO STAY

I, Denise W. DeFranco, declare that I am an attorney licensed to practice law in the State of Massachusetts and am currently admitted in the United States District Court for the District of Massachusetts. I am a partner in the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

1.  I have attached true and correct copies of the following documents:

Exhibit 1:     Defendant Troy-CSL Lighting's Preliminary Non-Infringement and Invalidity Disclosures, dated Dec. 18, 2015.

Exhibit 2:     Email from Philips' counsel (Rachel Adgate) to Troy-CSL's counsel producing documents bates numbered PHI-TROY0012732 through PHI-TROY0021123.

Exhibit 3:     Correspondence from Troy-CSL's counsel (D. Aldrich) to Philips' counsel (C. Brandon Rash) producing documents bates numbered TROY0002776 through TROY0006320.

Exhibit 4:     U.S. Patent and Trademark Office, *Patent Trial and Appeal Board Statistics* (as of Oct. 31, 2015) *available at* http://www.uspto.gov/sites/default/files/documents/2015-10-31%20PTAB.pdf.

Exhibit 5:     Scheduling Order, IPR2015-01287, IPR2015-01290, IPR2015-01291, IPR2015-01292, Paper. No. 9 (Nov. 25, 2015).

Exhibit 6:     Docket, *In re Cuozzo Speed Technologies, LLC*, No. 14-1301 (Fed. Cir.) (last accessed Jan. 3, 2016).

Exhibit 7:     Docket, *Versata Development Group v. SAP America, Inc.*, No. 14-1194 (Fed. Cir.) (last accessed Jan. 3, 2016).

Exhibit 8:     Docket, *MGM Portfolio LLC v. Hewlett Packard Co.*, No. 15-1091 (Fed. Cir.) (last accessed Jan. 3, 2016).

Exhibit 9:     Defendant Troy-CSL Lighting, Inc.'s First Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1-9), dated Dec. 31, 2015.

Exhibit 10:    Email from Philips' counsel (Cara Lasswell) to Troy-CSL's counsel, dated Oct. 23, 2015.

Exhibit 11:    Docket, *Zond, Inc. v. Fujitsu Ltd*, No. 1:13-cv-11634-WGY (D. Mass) (last accessed Jan. 3, 2016).

Exhibit 12:    Renewed Motion of All Defendants to Administratively Close the Case Pending *Inter Partes* Review of the Asserted Patents, *Zond, Inc. v. Fujitsu Ltd*, No. 1:13-cv-11634-WGY (D. Mass. May 31, 2014).

Exhibit 13:    Docket, *Bose Corp. v. SDI Technologies, Inc.*, No. 1:13-cv-10277 (D. Mass.) (last accessed Jan. 3, 2016).

Exhibit 14:    Transcript, *Bose Corp. v. SDI Technologies, Inc.*, No. 1:13-cv-10277 (D. Mass. Jan. 20, 2014).

Exhibit 15:    Docket, *Intellectual Ventures I LLC v. PNC Fin. Servs. Grp., Inc.*, No. 2:14-cv-00832-AJS (W.D. Pa.) (last accessed Jan. 3, 2016).

Exhibit 16:    Toggled and Altair's Corrected Notice of Consent to a Temporary Stay, *Ilumisys, LLC v. Philips Elecs. N. Am. Corp.*, No. 2:13-cv-14961-DPH-DRG (E.D. Mich. Oct. 20, 2014), ECF No. 55.

Exhibit 17:    Defendant's Motion and Memorandum to Stay Litigation Pending *Inter Partes* Review of the Patents-in-Suit, *Ilumisys, LLC v. Philips Elecs. N. Am. Corp.*, No. 2:13-cv-14961-DPH-DRG (E.D. Mich. July 7, 2014), ECF No. 39.

Exhibit 18:    Email from Philips's counsel (Mandy Song) to Troy-CSL's counsel, dated Dec. 23, 2015.

Exhibit 19:    Correspondence from Philips' counsel (Cara Lasswell) to Troy-CSL's counsel (Fritz Schweitzer), dated Nov. 20, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2016                    By: /s/ Denise W. DeFranco
                                          Denise W. DeFranco

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the NEF (NEF) and paper copies will

be sent to those indicated as non registered participants on January 4, 2016.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP.
Two Seaport Lane
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

**Attorney for Plaintiffs**
Koninklijke Philips N.V. and
Philips Lighting North America Corporation